| FORM B1 | United States Bankruptcy Court<br>Western District of New York | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Emhof, William J. Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**AKA Officer and Director Of E&M Fabrication And Welding Corporation** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):  **xxx-xx-3094** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**S 4946 Chapman Parkway**<br>**Hamburg, NY 14075** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  **Erie** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply)<br>■ Individual(s)  ☐ Railroad<br>☐ Corporation  ☐ Stockbroker<br>☐ Partnership  ☐ Commodity Broker<br>☐ Other_____  ☐ Clearing Bank | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br>■ Chapter 7   ☐ Chapter 11   ☐ Chapter 13<br>☐ Chapter 9   ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business   ■ Business<br><br>**Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

| **Statistical/Administrative Information** (Estimates only)<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there<br>will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Emhof, William J. Jr.** | **FORM B1**, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**    **/s/ William J. Emhof, Jr.**

Signature of Debtor **William J. Emhof, Jr.**

**X**

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**June 28, 2005**

Date

**Signature of Attorney**

**X**    **/s/ John H. Ring III**

Signature of Attorney for Debtor(s)

**John H. Ring III**

Printed Name of Attorney for Debtor(s)

**John H. Ring III**

Firm Name

**385 Cleveland Drive**
**Cheektowaga, NY 14215**

Address

**(716) 831-1994**

Telephone Number

**June 28, 2005**

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X**

Signature of Attorney for Debtor(s)          Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C.§ 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X**

Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Western District of New York

In re **William J. Emhof, Jr.** ,
Debtor

Case No. _____

Chapter **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 100,000.00 | | |
| B - Personal Property | Yes | 3 | 33,825.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 76,875.16 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | 807,294.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,741.57 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,459.06 |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| Total Assets | | | 133,825.00 | | |
| Total Liabilities | | | | 884,169.32 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **William J. Emhof, Jr.** , Case No. _____

Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: S 4946 Chapman Parkway, Hamburg NY** | **Fee** | **J** | **100,000.00** | **70,000.00** |

| | | |
|---|---|---|
| Sub-Total > | **100,000.00** | (Total of this page) |
| Total > | **100,000.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **William J. Emhof, Jr.**                         ,       Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank Of America** | - | **200.00** |
| | | **Wyoming County** | - | **100.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Location: S 4946 Chapman Parkway, Hamburg NY** | - | **2,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Location: S 4946 Chapman Parkway, Hamburg NY** | - | **500.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Mossberg Shotgun, 44 Magnum Smith & Wesson, Double Barrel Shotgun, 7 MM Magnum Browning** | - | **400.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >      **3,200.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re  **William J. Emhof, Jr.** _____,  Case No. _____
Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **Profit Sharing** | - | **30,000.00** |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **E&M Fabrication And Welding Corporation (Defunct)** | - | **0.00** |
| | | **EMark Industries, Inc. (Defunct)** | - | **0.00** |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **1 Savings Bond** | - | **25.00** |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >  **30,025.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **William J. Emhof, Jr.**                            ,       Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | Lease - Ford Focus | - | 0.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | | Tools | - | 600.00 |

|  | |
|---|---|
| Sub-Total > (Total of this page) | 600.00 |
| Total > | 33,825.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

In re **William J. Emhof, Jr.** , Case No. _____

Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

*[Check one box]*
☐ 11 U.S.C. §522(b)(1): Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
☑ 11 U.S.C. §522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Exemptions** | | | |
| **S 4946 Chapman Parkway Hamburg, New York** | **CPLR Art. 52** | **10,000.00** | **100,000.00** |
| **Household Goods and Clothes** | **CPLR Art. 52** | **5,000.00** | **2,500.00** |
| **Profit Sharing** | **D&C 282** | **30,000.00** | **30,000.00** |

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

Form B6D
(12/03)

In re    **William J. Emhof, Jr.**                                                                                      Case No. _____
,
Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Daniel E. Sarzynski, Esq.**<br>**1600 Liberty Building**<br>**Buffalo, NY 14202** | | - | **Duplicate Of**<br>**HSBC Bank USA** | | | | | |
| | | | Value $                    **0.00** | | | | **0.00** | **0.00** |
| Account No.<br><br>**HSBC Bank USA**<br>**One HSBC Center**<br>**Buffalo, NY 14203** | | - | **Judgment - 2004** | | | | | |
| | | | Value $                    **0.00** | | | | **22,382.16** | **0.00** |
| Account No. **7824 1498 0013 0217**<br><br>**HSBC Bank USA, N.A.**<br>**P.O. Box 37278**<br>**Baltimore, MD 21297** | | - | **Home Equity - 2000**<br>**S 4946 Chapman Parkway**<br>**Hamburg, New York** | | | | | |
| | | | Value $                    **0.00** | | | | **54,493.00** | **0.00** |
| Account No.<br><br><br><br> | | | | | | | | |
| | | | Value $ | | | | | |

**0**____ continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | **76,875.16** |
| Total (Report on Summary of Schedules) | **76,875.16** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **William J. Emhof, Jr.**                                ,          Case No. _____

                                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

     If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

    Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

 *Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**  continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

In re    **William J. Emhof, Jr.**                          ,       Case No. _____

                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Adelphia** <br> **355 Chicago Street** <br> **Buffalo, NY 14204** | - | | **Business Debt** <br> **1999-2005** | | | | 104.00 |
| Account No. <br><br> **ADP Inc.** <br> **P.O. Box 9001006** <br> **Louisville, KY 40290** | - | | **Business Debt** <br> **1999-2005** | | | | 202.00 |
| Account No. <br><br> **Advanced Air** <br> **P.O. Box 52** <br> **Orchard Park, NY 14127** | - | | **Business Debt** <br> **1999-2005** | | | | 3,838.00 |
| Account No. <br><br> **Advanced Motion Systems** <br> **3800 Monroe Avenue** <br> **Pittsford, NY 14534** | - | | **Business Debt** <br> **1999-2005** | | | | 1,921.00 |
| __21__ continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | 6,065.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
S/N:33136-050630    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **William J. Emhof, Jr.** , Case No. _____
_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **American Welding Service** **1041 Glassboro** **Williamstown, NJ 08094** | | - | **Business Debt** **1999-2005** | | | | 177.00 |
| Account No. **Antech Sales** **105 Elmwood Avenue** **Medina, NY 14103** | | - | **Business Debt** **1999-2005** | | | | 7,993.00 |
| Account No. **Atlantic Mutual** **P.O. Box 89467** **Cleveland, OH 44101** | | - | **Business Debt** | | | | 5,637.00 |
| Account No. **Blade Equipment** **6145 105th St. NW** **Maple Lake, MN 55358** | | - | **Business Debt** **1999-2005** | | | | 14,494.00 |
| Account No. **Brawn Mixer Inc.** **3389 128th Street** **Holland, MI 49424** | | - | **Business Debt** **1999-2005** | | | | 3,470.00 |

Sheet no. __1__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **31,771.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **William J. Emhof, Jr.** _____ ,  Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Buehler & Buehler Associates**<br>**600 Q Street**<br>**Sacramento, CA 95814** | - | | **Business Debt**<br>**1999-2005** | | | | 250.00 |
| Account No.<br><br>**Buffalo Copier & Imaging**<br>**2930 Genesee**<br>**Buffalo, NY 14227** | - | | **Business Debt**<br>**1999-2005** | | | | 301.00 |
| Account No.<br><br>**Buffalo Welding Supply**<br>**396 Grand Island Boulevard**<br>**Tonawanda, NY 14150** | - | | **Business Debt**<br>**1999-2005** | | | | 1,795.00 |
| Account No.<br><br>**Capital Management Services, Inc.**<br>**726 Exchange Street - Suite 700**<br>**Buffalo, NY 14210** | - | | **Duplicate Of Chase** | | | | 0.00 |
| Account No. **4417 1297 5310 0797**<br><br>**CardMember Services**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | - | | **Credit Card**<br>**2000-2004** | | | | 7,741.00 |

Sheet no. __2__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **10,087.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **William J. Emhof, Jr.**            ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Chamberlin Rubber Co.**<br>**P.O. Box 22700**<br>**Rochester, NY 14692** | | - | **Business Debt**<br>**1999-2005** | | | | **286.00** |
| Account No. **5491 0405 5017 8579**<br><br>**Chase**<br>**P.O. Box 15583**<br>**Wilmington, DE 19886** | | - | **Credit Card**<br>**1998-2005** | | | | **8,010.00** |
| Account No.<br><br>**Choice One Communications**<br>**P.O. Box 1927**<br>**Albany, NY 12201** | | - | **Business Debt**<br>**1999-2005** | | | | **229.00** |
| Account No.<br><br>**Clark Air Conditioning**<br>**645 Persons Street**<br>**East Aurora, NY 14052** | | - | **Business Debt**<br>**1999-2005** | | | | **228.00** |
| Account No.<br><br>**Commercial Pipe & Supply**<br>**1920 Elmwood Avenue**<br>**Buffalo, NY 14207** | | - | **Business Debt**<br>**1999-2005** | | | | **58.00** |

Sheet no. __**3**__ of __**21**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **8,811.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re     **William J. Emhof, Jr.**                                    ,     Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Business Debt** **1999-2005** | | | | |
| **Cooper Heat-MQS** **135 S. LaSalle** **Dept. 2790** **Chicago, IL 60674** | - | | | | | | **1,125.00** |
| Account No. | | | **Business Debt** **1999-2005** | | | | |
| **Corr Tech Inc.** **4545 Homestead Road** **Houston, TX 77028** | - | | | | | | **9,524.00** |
| Account No. | | | **Business Debt** **1999-2005** | | | | |
| **Corsun Transportation** **P.O. Box 2326** **Buffalo, NY 14219** | - | | | | | | **1,000.00** |
| Account No. | | | **Business Debt** **1999-2005** | | | | |
| **Coyne Textile Service** **P.O. Box 4854** **Syracuse, NY 13221** | - | | | | | | **438.00** |
| Account No. | | | **Business Debt** **1999-2005** | | | | |
| **Craig O Machine** **81 Langpap Road** **Honeoye Falls, NY 14472** | - | | | | | | **590.00** |

Sheet no. __4__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **12,677.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re    **William J. Emhof, Jr.**                                          ,          Case No. _____
                                             Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CTC Communications** <br> **Dept. 284** <br> **P.O. Box 8000** <br> **Hartford, CT 06180** | | - | **Business Debt** <br> **1999-2005** | | | | 3,853.00 |
| Account No. <br><br> **Dallas Mavis** <br> **Dept. 77-4939** <br> **Chicago, IL 60678** | | - | **Business Debt** <br> **1999-2005** | | | | 25,625.00 |
| Account No. <br><br> **Diversified Mfg. Inc.** <br> **410 Ohio Street** <br> **Lockport, NY 14094** | | - | **Business Debt** <br> **1999-2005** | | | | 1,026.00 |
| Account No. <br><br> **Dynamic Control Solution** <br> **P.O. Box 40** <br> **Buffalo, NY 14226** | | - | **Business Debt** <br> **1999-2005** | | | | 1,512.00 |
| Account No. <br><br> **Ecko Tool** <br> **50 Island Street** <br> **North Tonawanda, NY 14120** | | - | **Business Debt** <br> **1999-2005** | | | | 291.00 |

Sheet no. __**5**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **32,307.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **William J. Emhof, Jr.**, Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Empire Automation System 20 Vantage Point Drive Rochester, NY 14694 | | - | **Business Debt 1999-2005** | | | | 234.00 |
| Account No.  Enhanced Tool 90 Pineview Drive Buffalo, NY 14228 | | - | **Business Debt 1999-2005** | | | | 14,362.00 |
| Account No.  Erie County Water Authority 350 Ellicott Square Building P.O. Box 5148 Buffalo, NY 14240 | | - | **Business Debt 1999-2005** | | | | 73.00 |
| Account No.  Frontier Plating 68 Buell Avenue Buffalo, NY 14215 | | - | **Business Debt 1999-2005** | | | | 675.00 |
| Account No.  Gartner Equipment P.O. Box 11199 Syracuse, NY 13218 | | - | **Business Debt 1999-2005** | | | | 3,494.00 |

Sheet no. __6__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    18,838.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **William J. Emhof, Jr.**                                    ,    Case No. _____
                                                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Gaumer** 13616 Hempstead Road Houston, TX 77040 | | - | Business Debt 1999-2005 | | | | 3,359.00 |
| Account No. **Glauber Equipment Co.** 3940 Broadway Buffalo, NY 14227 | | - | Business Debt 1999-2005 | | | | 1,053.00 |
| Account No. **Graybar Electric** 180 Perry Street Buffalo, NY 14204 | | - | Business Debt 1999-2005 | | | | 40.00 |
| Account No. **Hanes Supply Inc.** 55 James E. Casey Buffalo, NY 14206 | | - | Business Debt 1999-2005 | | | | 3,400.00 |
| Account No. **Hanson Concrete** P.O. Box 360724-M Pittsburgh, PA 15251 | | - | Business Debt 1999-2005 | | | | 1,927.00 |

Sheet no. __7___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      9,779.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **William J. Emhof, Jr.**                          ,       Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Hi-Tec Computer Power<br>P.O. Box 66105 - Suite 335<br>Packetts Landing<br>Fairport, NY 14450** | - | | **Business Debt<br>1999-2005** | | | | **6,898.00** |
| Account No.<br><br>**HSBC Bank USA<br>One HSBC Center<br>Buffalo, NY 14203** | - | | **Business Loan<br>1998** | | | | **22,382.16** |
| Account No. **7824-1491-0129-2997**<br><br>**HSBC Bank USA, N.A.<br>P.O. Box 17332<br>Baltimore, MD 21297** | - | | **Credit Card<br>1998-2005** | | | | **9,555.00** |
| Account No. **5215-3185-0429-3768**<br><br>**HSBC Bank USA, N.A.<br>P.O. Box 17332<br>Baltimore, MD 21297** | - | | **Credit Card<br>1998-2005** | | | | **12,496.00** |
| Account No.<br><br>**Integris Metals<br>SDS 12-0768<br>P.O. Box 86<br>Minneapolis, MN 55486** | - | | **Business Debt<br>1999-2005** | | | | **2,369.00** |

Sheet no. __**8**__ of __**21**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims         Subtotal<br>(Total of this page)     **53,700.16**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **William J. Emhof, Jr.** ,                           Case No. _____
                                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  <br><br>**Irish Carbonic & Welding**  <br>**P.O. Box 409**  <br>**Buffalo, NY 14212** | - | | **Business Debt**  <br>**1999-2005** | | | | 716.00 |
| Account No.  <br><br>**Iyer Environmental Group**  <br>**44 Rolling Hills Drive**  <br>**Orchard Park, NY 14127** | - | | **Business Debt**  <br>**1995-2005** | | | | 12,539.00 |
| Account No.  <br><br>**J&L Industrial Supply**  <br>**P.O. Box 3359**  <br>**Livonia, MI 48151** | - | | **Business Debt**  <br>**1999-2005** | | | | 232.00 |
| Account No.  <br><br>**JB Brady Inc.**  <br>**P.O. Box 11160**  <br>**Syracuse, NY 13218** | - | | **Business Debt**  <br>**1999-2005** | | | | 672.00 |
| Account No.  <br><br>**Jentsch & Company Inc.**  <br>**290 South Park Avenue**  <br>**Buffalo, NY 14204** | - | | **Business Debt**  <br>**1999-2005** | | | | 2,160.00 |

Sheet no. __9__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  16,319.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **William J. Emhof, Jr.** , Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Johnson Fasteners Corp.**<br>**225 Louisiana Street**<br>**Buffalo, NY 14204** | - | | **Business Debt**<br>**1999-2005** | | | | 143.00 |
| Account No.<br><br>**K&E Fabricating Co., Inc.**<br>**49 Roberts Avenue**<br>**Buffalo, NY 14206** | - | | **Business Debt**<br>**1999-2005** | | | | 153,625.00 |
| Account No.<br><br>**Kenneth Winter Remodeling**<br>**4684 Riceville Road**<br>**West Valley, NY 14171** | - | | **Business Debt**<br>**1999-2005** | | | | 1,518.00 |
| Account No.<br><br>**Kinequip Inc.**<br>**365 Old Niagara Falls**<br>**Buffalo, NY 14228** | - | | **Business Debt**<br>**1999-2005** | | | | 200.00 |
| Account No.<br><br>**Klein Service Steel**<br>**105 Vanguard Parkway**<br>**Rochester, NY 14606** | - | | **Business Debt**<br>**1999-2005** | | | | 171,459.00 |

Sheet no. __**10**__ of __**21**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     326,945.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

In re    **William J. Emhof, Jr.**          ,      Case No. _____

                                       Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Business Debt** **1999-2005** | | | | |
| **Lakeshore Hardware & Tool** **4480 Camp Road** **Athol Springs, NY 14010** | | - | | | | | 2,324.00 |
| Account No. | | | **Business Debt** **1999-2005** | | | | |
| **Lancaster Steel Co.** **Department 603** **P.O. Box 8000** **Buffalo, NY 14267** | | - | | | | | 3,117.00 |
| Account No. | | | **Business Debt** **1999-2005** | | | | |
| **LK Industries** **9731 Center Street** **Glenwood, NY 14069** | | - | | | | | 6,305.00 |
| Account No. | | | **Business Loan** **1998** | | | | |
| **M&T Bank** **One Fountain Plaza** **Buffalo, NY 14203** | | - | | | | | 113,600.00 |
| Account No. | | | **Business Debt** **1999-2005** | | | | |
| **Mardan Tech Inc.** **88 Hopkins Street** **Buffalo, NY 14220** | | - | | | | | 750.00 |

Sheet no. __**11**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **126,096.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037               Best Case Bankruptcy

In re    **William J. Emhof, Jr.**          ,        Case No. _____

                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Masterman's**<br>**P.O. Box 411**<br>**11 C Street Building 10**<br>**Auburn, MA 01501** | | - | **Business Debt**<br>**1999-2005** | | | | 626.00 |
| Account No. **5490 9949 7907 2154**<br><br>**MBNA America**<br>**P.O. Box 15137**<br>**Wilmington, DE 19886** | | - | **Credit Card**<br>**1998-2005** | | | | 26,161.00 |
| Account No.<br><br>**McNichols**<br>**Box 101211**<br>**Atlanta, GA 30392** | | - | **Business Debt**<br>**1999-2005** | | | | 9,466.00 |
| Account No.<br><br>**Metals USA Plts & Shapes**<br>**P.O. Box 827110**<br>**Philadelphia, PA 19182** | | - | **Business Debt**<br>**1999-2005** | | | | 18,092.00 |
| Account No.<br><br>**Mills Welding Supply**<br>**1811 Broadway**<br>**Buffalo, NY 14202** | | - | **Business Debt**<br>**1999-2005** | | | | 386.00 |

Sheet no. __**12**__ of __**21**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal           **54,731.00**
(Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re     **William J. Emhof, Jr.**                 ,     Case No. _____

                                                   Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Motion Industries Inc.**<br>**1605 Alton Road**<br>**P.O. Box 1477**<br>**Birmingham, AL 35201** | - | | **Business Debt**<br>**1999-2005** | | | | **1,985.00** |
| Account No.<br><br>**MSC Supply**<br>**P.O. Box 94939**<br>**Cleveland, OH 44101** | - | | **Business Debt**<br>**1999-2005** | | | | **531.00** |
| Account No.<br><br>**National Basic Sensor**<br>**127 Pike Circle**<br>**Huntingdon Valley, PA 19006** | - | | **Business Debt**<br>**1999-2005** | | | | **178.00** |
| Account No.<br><br>**National Fuel Gas**<br>**Appletree Business Park**<br>**2875 Union Road - Suite 11**<br>**Cheektowaga, NY 14227** | - | | **Business Debt**<br>**1999-2005** | | | | **874.00** |
| Account No.<br><br>**Nel Net**<br>**P.O. Box 17460**<br>**Denver, CO 80217** | - | | **Duplicate** | | | | **0.00** |

Sheet no. __**13**__ of __**21**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

              Subtotal     **3,568.00**
              (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re **William J. Emhof, Jr.** , Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **New York State Dept. Taxation & Finance** <br> **P.O. Box 5300** <br> **Albany, NY 12205** | | - | **Business Debt** <br> **1999-2005** | | | | **5,309.00** |
| Account No. <br> **Niagara Coating Service** <br> **8025 Quarry Road** <br> **Niagara Falls, NY 14304** | | - | **Business Debt** <br> **1999-2005** | | | | **12,318.00** |
| Account No. <br> **Niagara Metallurgical** <br> **1768 William Street** <br> **Buffalo, NY 14206** | | - | **Business Debt** <br> **1999-2005** | | | | **565.00** |
| Account No. <br> **Nu-Cut** <br> **38 Manhatten** <br> **North Tonawanda, NY 14120** | | - | **Business Debt** <br> **1999-2005** | | | | **58.00** |
| Account No. <br> **Orchard Comp. Solutions** <br> **P.O. Box 558** <br> **Orchard Park, NY 14127** | | - | **Business Debt** <br> **1999-2005** | | | | **260.00** |

Sheet no. __14__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **18,510.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **William J. Emhof, Jr.**                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Pamek Engraving** P.O. Box 2107 Buffalo, NY 14219 | | - | **Business Debt** 1999-2005 | | | | 551.00 |
| Account No. **Pitney Bowes** P.O. Box 856390 Louisville, KY 40285 | | - | **Business Debt** 1999-2005 | | | | 362.00 |
| Account No. **Pitney Purchase Power** P.O. Box 856042 Louisville, KY 40285 | | - | **Business Debt** 1999-2005 | | | | 50.00 |
| Account No. **Pohl Corporation** **Crane Rail Division** P.O. Box 13613 Reading, PA 19612 | | - | **Business Debt** 1999-2005 | | | | 3,234.00 |
| Account No. **Power Drives Inc.** P.O. Box 10 Buffalo, NY 14220 | | - | **Business Debt** 1999-2005 | | | | 1,695.00 |

Sheet no. __15__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **5,892.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **William J. Emhof, Jr.** _____ ,   Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Power Tools & Abrasives** <br> **790 Walck Road** <br> **North Tonawanda, NY 14120** | | - | **Business Debt** <br> **1999-2005** | | | | 100.00 |
| Account No. <br><br> **Quality Inspection Services** <br> **37 Franklin Street** <br> **Suite 400** <br> **Buffalo, NY 14202** | | - | **Business Debt** <br> **1999-2005** | | | | 3,364.00 |
| Account No. <br><br> **Quill Office Products** <br> **100 Schelter Road** <br> **Lincolnshire, IL 60069** | | - | **Business Debt** <br> **1999-2005** | | | | 94.00 |
| Account No. <br><br> **Ralph W. Earl Co.** <br> **P.O. Box 2369** <br> **Syracuse, NY 13220** | | - | **Business Debt** <br> **1999-2005** | | | | 5,105.00 |
| Account No. <br><br> **Rexel** <br> **1885 Harlem Road** <br> **Buffalo, NY 14212** | | - | **Business Debt** <br> **1999-2005** | | | | 7,072.00 |

Sheet no. __16__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **15,735.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **William J. Emhof, Jr.** ,  Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Business Debt 1999-2005** | | | | |
| **Roadway Express Inc.** P.O. Box 471 Akron, OH 44309 | - | | | | | | 4,030.00 |
| Account No. | | | **Business Debt 1999-2005** | | | | |
| **Rogers Ind. Spring** P.O. Box 806 Grand Island, NY 14072 | - | | | | | | 25.00 |
| Account No. | | | **Business Debt 1999-2005** | | | | |
| **Root Neal Co.** Box 101 Buffalo, NY 14240 | - | | | | | | 4,630.00 |
| Account No. | | | **Business Debt 1999-2005** | | | | |
| **Ryder Truck Rental** P.O. Box 96723 Chicago, IL 60693 | - | | | | | | 552.00 |
| Account No. | | | **Business Debt 1999-2005** | | | | |
| **S-S Electric** 2470 Seneca Street Buffalo, NY 14210 | - | | | | | | 67.00 |

Sheet no. __17__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **9,304.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **William J. Emhof, Jr.**                                    ,     Case No. _____

                                   Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sabre Custom Service**<br>**5925 Webster Road**<br>**Orchard Park, NY 14127** | - | | **Business Debt**<br>**1999-2005** | | | | 887.00 |
| Account No. **5121-0717-4082-5363**<br><br>**Sears**<br>**7920 NW 110th Street**<br>**Kansas City, MO 64153** | - | | **Credit Card**<br>**1998-2004** | | | | 4,350.00 |
| Account No.<br><br>**Sensidyne Inc.**<br>**16333 Bay Vista Drive**<br>**Clearwater, FL 33760** | - | | **Business Debt**<br>**1999-2005** | | | | 2,020.00 |
| Account No. **5473014001**<br><br>**Small Business Administrration**<br>**26 Federal Plaza - Room 3100**<br>**New York, NY 10278** | - | | **Duplicate Of M&T Bank** | | | | 0.00 |
| Account No.<br><br>**Small Business Administrration**<br>**26 Federal Plaza - Room 3100**<br>**New York, NY 10278** | - | | **Business Debt**<br>**1999-2005** | | | | 6,636.00 |

Sheet no. __18__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **13,893.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re  **William J. Emhof, Jr.** ,  Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Spier Machinery Corp.**<br>**200 River Road**<br>**North Tonawanda, NY 14120** | | - | **Business Debt**<br>**1999-2005** | | | | 6,300.00 |
| Account No.<br><br>**Tnemec Company**<br>**P.O. Box 931518**<br>**Kansas City, MO 64193** | | - | **Business Debt**<br>**1999-2005** | | | | 24.00 |
| Account No.<br><br>**Total Crane Systems**<br>**85 River Rock Drive**<br>**Unit 302**<br>**Buffalo, NY 14207** | | - | **Business Debt**<br>**1999-2005** | | | | 210.00 |
| Account No.<br><br>**Unistrut Bufflalo Inc.**<br>**128 Sycamore Street**<br>**Buffalo, NY 14204** | | - | **Business Debt**<br>**1999-2005** | | | | 1,065.00 |
| Account No.<br><br>**United Parcel Service**<br>**P.O. Box 7247-0244**<br>**Philadelphia, PA 19170** | | - | **Business Debt**<br>**1999-2005** | | | | 70.00 |

Sheet no. __19__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **7,669.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

In re    **William J. Emhof, Jr.**           ,        Case No. _____

                                           Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**United Rentals**<br>**P.O. Box 19633A**<br>**Newark, NJ 07195** | - | | **Business Debt**<br>**1999-2005** | | | | **6,963.00** |
| Account No.<br><br>**USF Holland**<br>**750 East 40th Street**<br>**P.O. Box 9021**<br>**Holland, MI 49422** | - | | **Business Debt**<br>**1999-2005** | | | | **90.00** |
| Account No.<br><br>**Vericare**<br>**1200 West Causeway Approach**<br>**Mandeville, LA 70471** | - | | **Business Debt**<br>**2000** | | | | **1.00** |
| Account No.<br><br>**Volland Electric Equipment**<br>**75 Innsbruck Drive**<br>**Cheektowaga, NY 14227** | - | | **Business Debt**<br>**1999-2005** | | | | **20.00** |
| Account No.<br><br>**Weronski Electric**<br>**11559 Pratham Road**<br>**East Concord, NY 14055** | - | | **Business Debt**<br>**1999-2005** | | | | **6,227.00** |

Sheet no. __**20**__ of __**21**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal           **13,301.00**

             (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **William J. Emhof, Jr.** _____ ,  Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Wilder & Linneball, LLP<br>320 Brisbane Building<br>403 Main Street<br>Buffalo, NY 14203** | - | | **Business Debt<br>1999-2005** | | | | **11,296.00** |
| Account No. <br><br>**Wolpoff & Abramson, L.L.P.<br>300 Canal View Boulevard - 3rd Floor<br>Rochester, NY 14623** | - | | **Duplicate Of MBNA** | | | | **0.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __21__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **11,296.00** |
| Total (Report on Summary of Schedules) | **807,294.16** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

In re     **William J. Emhof, Jr.**                                                    ,          Case No. _____

                                              Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
        schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re    **William J. Emhof, Jr.**                                  ,    Case No. _____
                                                    Debtor

# SCHEDULE H. CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Thomas G. Marks**<br>**29 Morris Circle**<br>**Depew, NY 14043** | **M&T Bank**<br>**One Fountain Plaza**<br>**Buffalo, NY 14203** |
| **Thomas G. Marks**<br>**29 Morris Circle**<br>**Depew, NY 14043** | **HSBC Bank USA**<br>**One HSBC Center**<br>**Buffalo, NY 14203** |

**0** continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re  **William J. Emhof, Jr.**                                          Case No. _____
                                                    Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP **None.** | AGE |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Sales** | |
| Name of Employer | **Team Fabrication Inc.** | |
| How long employed | **4 Months** | |
| Address of Employer | **1055 Davis Road** **West Falls, NY 14170** | |

| INCOME:  (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ **3,488.33** | $ **N/A** |
| Estimated monthly overtime | $ **0.00** | $ **N/A** |
| SUBTOTAL | $ **3,488.33** | $ **N/A** |
| LESS PAYROLL DEDUCTIONS | | |
| a.  Payroll taxes and social security | $ **746.76** | $ **N/A** |
| b.  Insurance | $ **0.00** | $ **N/A** |
| c.  Union dues | $ **0.00** | $ **N/A** |
| d.  Other (Specify) | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ **746.76** | $ **N/A** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ **2,741.57** | $ **N/A** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ **0.00** | $ **N/A** |
| Income from real property | $ **0.00** | $ **N/A** |
| Interest and dividends | $ **0.00** | $ **N/A** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **N/A** |
| Social security or other government assistance (Specify) | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| Pension or retirement income | $ **0.00** | $ **N/A** |
| Other monthly income (Specify) | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| TOTAL MONTHLY INCOME | $ **2,741.57** | $ **N/A** |

TOTAL COMBINED MONTHLY INCOME          $                  **2,741.57**          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re **William J. Emhof, Jr.**                                                   Case No. _____

_____
                    Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ 575.00 |
| Are real estate taxes included? | Yes ___   No **X** | |
| Is property insurance included? | Yes ___   No **X** | |
| Utilities:  Electricity and heating fuel | | $ 150.06 |
| Water and sewer | | $ 0.00 |
| Telephone | | $ 55.45 |
| Other  **See Detailed Expense Attachment** | | $ 140.22 |
| Home maintenance (repairs and upkeep) | | $ 30.00 |
| Food | | $ 300.00 |
| Clothing | | $ 70.00 |
| Laundry and dry cleaning | | $ 0.00 |
| Medical and dental expenses | | $ 235.00 |
| Transportation (not including car payments) | | $ 325.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 276.00 |
| Charitable contributions | | $ 50.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | | $ 73.50 |
| Life | | $ 54.00 |
| Health | | $ 0.00 |
| Auto | | $ 305.00 |
| Other | | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  **See Detailed Expense Attachment** | | $ 174.42 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
| Auto | | $ 225.41 |
| Other | | $ 0.00 |
| Other | | $ 0.00 |
| Other | | $ 0.00 |
| Alimony, maintenance, and support paid to others | | $ 0.00 |
| Payments for support of additional dependents not living at your home | | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| Other  **Nelnet College Loan** | | $ 400.00 |
| Other  **Tolls, Parking** | | $ 20.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | $ 3,459.06 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.  Total projected monthly income | | $ N/A |
| B.  Total projected monthly expenses | | $ N/A |
| C.  Excess income (A minus B) | | $ N/A |
| D.  Total amount to be paid into plan each _____ | | $ N/A |
| | (interval) | |

In re  **William J. Emhof, Jr.**                                      Case No. _____

                                    Debtor(s)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| Cable | $ | 100.00 |
| Water and Garbage | $ | 40.22 |
| **Total Other Utility Expenditures** | $ | 140.22 |


**Specific Tax Expenditures:**

| | | |
|---|---|---|
| School | $ | 63.00 |
| County | $ | 111.42 |
| **Total Tax Expenditures** | $ | 174.42 |

# United States Bankruptcy Court
## Western District of New York

In re   **William J. Emhof, Jr.**               Case No.

                           Debtor(s)        Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

         I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **35** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 28, 2005**              Signature   **/s/ William J. Emhof, Jr.**

                                               **William J. Emhof, Jr.**

                                               Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form 7
(12/03)

# United States Bankruptcy Court
## Western District of New York

In re    **William J. Emhof, Jr.**      Case No.

                                                               Debtor(s)      Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$80,600.00** | **2004 (estimated)** |
| **$20,000.00** | **2005 (estimated)** |

### 2. Income other than from employment or operation of business

None ☐    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$46.00** | **Interest** |

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

**3. Payments to creditors**

None   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor,
☐   made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
   must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
   petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **HSBC Bank USA**<br>**P.O. Box 37278**<br>**Baltimore, MD 21297** | **March, April, May, 2005** | **$0.00** | **$54,493.00** |

None   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who
■   are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or
   not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
☐   this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses
   whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **HSBC Bank USA v. Debtor** | | **Supreme Court, County of<br>Erie** | **Judgment** |

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■   preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
   property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
   filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
☐   returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
   or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
   spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|
| **Small Business Administration**<br>**26 Federal Plaza - Room 3100**<br>**New York, NY 10278** | **January, 2005** | **3566 South Benzing Road**<br>**Orchard Park, New York** |
| **M&T Bank**<br>**One Fountain Plaza**<br>**Buffalo, NY 14203** | **January, 2005** | **3566 South Benzing Road**<br>**Orchard Park, New York** |

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | DATE OF |  |
| NAME AND ADDRESS OF ASSIGNEE | ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | NAME AND LOCATION |  |  |
| NAME AND ADDRESS | OF COURT | DATE OF | DESCRIPTION AND VALUE OF |
| OF CUSTODIAN | CASE TITLE & NUMBER | ORDER | PROPERTY |

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF | RELATIONSHIP TO |  | DESCRIPTION AND |
| PERSON OR ORGANIZATION | DEBTOR, IF ANY | DATE OF GIFT | VALUE OF GIFT |

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | DESCRIPTION OF CIRCUMSTANCES AND, IF |  |
| DESCRIPTION AND VALUE | LOSS WAS COVERED IN WHOLE OR IN PART |  |
| OF PROPERTY | BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

|  | DATE OF PAYMENT, | AMOUNT OF MONEY |
| NAME AND ADDRESS | NAME OF PAYOR IF OTHER | OR DESCRIPTION AND VALUE |
| OF PAYEE | THAN DEBTOR | OF PROPERTY |
| **John H. Ring III** | **2005** | **$1,500.00 - Attorney's Fees** |
| **385 Cleveland Drive** |  | **$ 209.00 - Filing Fee** |
| **Cheektowaga, New York 14215** |  |  |

**10. Other transfers**

None ■ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, |  | DESCRIBE PROPERTY TRANSFERRED |
| RELATIONSHIP TO DEBTOR | DATE | AND VALUE RECEIVED |

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

**11. Closed financial accounts**

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ■ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐   a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **E&M Fabrication And WeldingCorporation** | | **3566 South Benzing Road Orchard Park, NY 14127** | **Fabrication** | **1995 to 2005 (estimated)** |

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **John Crane**<br>**Abbott & Potter Road**<br>**Buffalo, NY** | **1995 to 2005** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |
| **William J. Emhof Jr.** | **S 4946 Chapman Parkway**<br>**Hamburg, NY 14075** |
| **Thomas G. Marks** | **29 Morris Circle**<br>**Depew, NY 14043** |
| **John Crane** | **Abbott and Potter Road**<br>**Buffalo, NY** |

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
| --- | --- | --- |

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

Case 1-05-16443-CLB,   Doc 1,   Filed 07/29/05,   Entered 07/29/05 10:09:53,
Description: Main Document , Page 44 of 58

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **William J. Emhof Jr.**<br>**S 4946 Chapman Parkway**<br>**Hamburg, NY 14075** | | **50 percent** |
| **Thomas G. Marks**<br>**29 Morris Circle**<br>**Depew, NY 14043** | | **50 percent** |

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **June 28, 2005**      Signature   **/s/ William J. Emhof, Jr.**

                                                      **William J. Emhof, Jr.**

                                                      Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# United States Bankruptcy Court
## Western District of New York

In re **William J. Emhof, Jr.**

Debtor(s)

Case No.

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to Be Surrendered.*

**Description of Property**                **Creditor's name**
**-NONE-**

*b. Property to Be Retained*                          *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1. | Duplicate Of HSBC Bank USA | Daniel E. Sarzynski, Esq. | | | X |
| 2. | Judgment - 2004 | HSBC Bank USA | | | X |
| 3. | Home Equity - 2000 S 4946 Chapman Parkway Hamburg, New York | HSBC Bank USA, N.A. | | | X |

Date **June 28, 2005**

Signature **/s/ William J. Emhof, Jr.**
**William J. Emhof, Jr.**
Debtor

# United States Bankruptcy Court
## Western District of New York

In re **William J. Emhof, Jr.**
      Debtor(s)

Case No. _____

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................... $    **1,500.00**

    Prior to the filing of this statement I have received ........................... $    **1,500.00**

    Balance Due ............................................................................................ $       **0.00**

2. The source of the compensation paid to me was:

    ■        Debtor        ☐        Other (specify):

3. The source of compensation to be paid to me is:

    ■        Debtor        ☐        Other (specify):

4. ■      I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐      I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **June 28, 2005**          **/s/ John H. Ring III**
                                             **John H. Ring III**
                                             **John H. Ring III**
                                             **385 Cleveland Drive**
                                             **Cheektowaga, NY 14215**
                                             **(716) 831-1994**

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

# United States Bankruptcy Court
### Western District of New York

In re **William J. Emhof, Jr.**

Debtor(s)

Case No.

Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **June 28, 2005**

**/s/ William J. Emhof, Jr.**
**William J. Emhof, Jr.**
Signature of Debtor

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Adelphia
355 Chicago Street
Buffalo, NY 14204


ADP Inc.
P.O. Box 9001006
Louisville, KY 40290


Advanced Air
P.O. Box 52
Orchard Park, NY 14127


Advanced Motion Systems
3800 Monroe Avenue
Pittsford, NY 14534


American Welding Service
1041 Glassboro
Williamstown, NJ 08094


Antech Sales
105 Elmwood Avenue
Medina, NY 14103


Atlantic Mutual
P.O. Box 89467
Cleveland, OH 44101


Blade Equipment
6145 105th St. NW
Maple Lake, MN 55358


Brawn Mixer Inc.
3389 128th Street
Holland, MI 49424


Buehler & Buehler Associates
600 Q Street
Sacramento, CA 95814


Buffalo Copier & Imaging
2930 Genesee
Buffalo, NY 14227

Buffalo Welding Supply
396 Grand Island Boulevard
Tonawanda, NY 14150


Capital Management Services, Inc.
726 Exchange Street - Suite 700
Buffalo, NY 14210


CardMember Services
P.O. Box 15298
Wilmington, DE 19850


Chamberlin Rubber Co.
P.O. Box 22700
Rochester, NY 14692


Chase
P.O. Box 15583
Wilmington, DE 19886


Choice One Communications
P.O. Box 1927
Albany, NY 12201


Clark Air Conditioning
645 Persons Street
East Aurora, NY 14052


Commercial Pipe & Supply
1920 Elmwood Avenue
Buffalo, NY 14207


Cooper Heat-MQS
135 S. LaSalle
Dept. 2790
Chicago, IL 60674


Corr Tech Inc.
4545 Homestead Road
Houston, TX 77028


Corsun Transportation
P.O. Box 2326
Buffalo, NY 14219

Coyne Textile Service
P.O. Box 4854
Syracuse, NY 13221


Craig O Machine
81 Langpap Road
Honeoye Falls, NY 14472


CTC Communications
Dept. 284
P.O. Box 8000
Hartford, CT 06180


Dallas Mavis
Dept. 77-4939
Chicago, IL 60678


Daniel E. Sarzynski, Esq.
1600 Liberty Building
Buffalo, NY 14202


Diversified Mfg. Inc.
410 Ohio Street
Lockport, NY 14094


Dynamic Control Solution
P.O. Box 40
Buffalo, NY 14226


Ecko Tool
50 Island Street
North Tonawanda, NY 14120


Empire Automation System
20 Vantage Point Drive
Rochester, NY 14694


Enhanced Tool
90 Pineview Drive
Buffalo, NY 14228


Erie County Water Authority
350 Ellicott Square Building
P.O. Box 5148
Buffalo, NY 14240

Frontier Plating
68 Buell Avenue
Buffalo, NY 14215


Gartner Equipment
P.O. Box 11199
Syracuse, NY 13218


Gaumer
13616 Hempstead Road
Houston, TX 77040


Glauber Equipment Co.
3940 Broadway
Buffalo, NY 14227


Graybar Electric
180 Perry Street
Buffalo, NY 14204


Hanes Supply Inc.
55 James E. Casey
Buffalo, NY 14206


Hanson Concrete
P.O. Box 360724-M
Pittsburgh, PA 15251


Hi-Tec Computer Power
P.O. Box 66105 - Suite 335
Packetts Landing
Fairport, NY 14450


HSBC Bank USA
One HSBC Center
Buffalo, NY 14203


HSBC Bank USA
One HSBC Center
Buffalo, NY 14203


HSBC Bank USA, N.A.
P.O. Box 37278
Baltimore, MD 21297

HSBC Bank USA, N.A.
P.O. Box 17332
Baltimore, MD 21297

HSBC Bank USA, N.A.
P.O. Box 17332
Baltimore, MD 21297

Integris Metals
SDS 12-0768
P.O. Box 86
Minneapolis, MN 55486

Irish Carbonic & Welding
P.O. Box 409
Buffalo, NY 14212

Iyer Environmental Group
44 Rolling Hills Drive
Orchard Park, NY 14127

J&L Industrial Supply
P.O. Box 3359
Livonia, MI 48151

JB Brady Inc.
P.O. Box 11160
Syracuse, NY 13218

Jentsch & Company Inc.
290 South Park Avenue
Buffalo, NY 14204

Johnson Fasteners Corp.
225 Louisiana Street
Buffalo, NY 14204

K&E Fabricating Co., Inc.
49 Roberts Avenue
Buffalo, NY 14206

Kenneth Winter Remodeling
4684 Riceville Road
West Valley, NY 14171

Kinequip Inc.
365 Old Niagara Falls
Buffalo, NY 14228


Klein Service Steel
105 Vanguard Parkway
Rochester, NY 14606


Lakeshore Hardware & Tool
4480 Camp Road
Athol Springs, NY 14010


Lancaster Steel Co.
Department 603
P.O. Box 8000
Buffalo, NY 14267


LK Industries
9731 Center Street
Glenwood, NY 14069


M&T Bank
One Fountain Plaza
Buffalo, NY 14203


Mardan Tech Inc.
88 Hopkins Street
Buffalo, NY 14220


Masterman's
P.O. Box 411
11 C Street Building 10
Auburn, MA 01501


MBNA America
P.O. Box 15137
Wilmington, DE 19886


McNichols
Box 101211
Atlanta, GA 30392


Metals USA Plts & Shapes
P.O. Box 827110
Philadelphia, PA 19182

Mills Welding Supply
1811 Broadway
Buffalo, NY 14202


Motion Industries Inc.
1605 Alton Road
P.O. Box 1477
Birmingham, AL 35201


MSC Supply
P.O. Box 94939
Cleveland, OH 44101


National Basic Sensor
127 Pike Circle
Huntingdon Valley, PA 19006


National Fuel Gas
Appletree Business Park
2875 Union Road - Suite 11
Cheektowaga, NY 14227


Nel Net
P.O. Box 17460
Denver, CO 80217


New York State Dept. Taxation & Finance
P.O. Box 5300
Albany, NY 12205


Niagara Coating Service
8025 Quarry Road
Niagara Falls, NY 14304


Niagara Metallurgical
1768 William Street
Buffalo, NY 14206


Nu-Cut
38 Manhatten
North Tonawanda, NY 14120


Orchard Comp. Solutions
P.O. Box 558
Orchard Park, NY 14127

Pamek Engraving
P.O. Box 2107
Buffalo, NY 14219


Pitney Bowes
P.O. Box 856390
Louisville, KY 40285


Pitney Purchase Power
P.O. Box 856042
Louisville, KY 40285


Pohl Corporation
Crane Rail Division
P.O. Box 13613
Reading, PA 19612


Power Drives Inc.
P.O. Box 10
Buffalo, NY 14220


Power Tools & Abrasives
790 Walck Road
North Tonawanda, NY 14120


Quality Inspection Services
37 Franklin Street
Suite 400
Buffalo, NY 14202


Quill Office Products
100 Schelter Road
Lincolnshire, IL 60069


Ralph W. Earl Co.
P.O. Box 2369
Syracuse, NY 13220


Rexel
1885 Harlem Road
Buffalo, NY 14212


Roadway Express Inc.
P.O. Box 471
Akron, OH 44309

Rogers Ind. Spring
P.O. Box 806
Grand Island, NY 14072


Root Neal Co.
Box 101
Buffalo, NY 14240


Ryder Truck Rental
P.O. Box 96723
Chicago, IL 60693


S-S Electric
2470 Seneca Street
Buffalo, NY 14210


Sabre Custom Service
5925 Webster Road
Orchard Park, NY 14127


Sears
7920 NW 110th Street
Kansas City, MO 64153


Sensidyne Inc.
16333 Bay Vista Drive
Clearwater, FL 33760


Small Business Administrration
26 Federal Plaza - Room 3100
New York, NY 10278


Small Business Administrration
26 Federal Plaza - Room 3100
New York, NY 10278


Spier Machinery Corp.
200 River Road
North Tonawanda, NY 14120


Tnemec Company
P.O. Box 931518
Kansas City, MO 64193

Total Crane Systems
85 River Rock Drive
Unit 302
Buffalo, NY 14207


Unistrut Bufflalo Inc.
128 Sycamore Street
Buffalo, NY 14204


United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA 19170


United Rentals
P.O. Box 19633A
Newark, NJ 07195


USF Holland
750 East 40th Street
P.O. Box 9021
Holland, MI 49422


Vericare
1200 West Causeway Approach
Mandeville, LA 70471


Volland Electric Equipment
75 Innsbruck Drive
Cheektowaga, NY 14227


Weronski Electric
11559 Pratham Road
East Concord, NY 14055


Wilder & Linneball, LLP
320 Brisbane Building
403 Main Street
Buffalo, NY 14203


Wolpoff & Abramson, L.L.P.
300 Canal View Boulevard - 3rd Floor
Rochester, NY 14623